1410

## RECONSIDERATION OF PRIOR DECISIONS

01–2114. State v. Brown.

Lucas App. No. L–00–1123. Reported at 94 Ohio St.3d 1470, 762 N.E.2d 1017. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

LUNDBERG STRATTON, J., dissents, would grant the motion and allow the appeal, and would hold the cause for the decision in 01–99, *State v. Walls*, Butler App. No. CA99–10–174.

## MISCELLANEOUS DISMISSALS

02–162. State ex rel. Smith v. Enlow.

Portage App. No. 2000–P–0131. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. It appears from the records of this court that appellant has not filed a merit brief, due March 25, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*